1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  United States of America,   )   Case No. **CR 25-731-JFW**
                                 )
12              Plaintiff,       )   **SUPPLEMENTAL CRIMINAL TRIAL**
                                 )   **ORDER**
13       v.                      )
                                 )
14  Adam Charles Palermo, et     )
    al.                          )
15                               )
                Defendants.      )
16  _____ )

17       The above matter is set for trial on **June 9, 2026** before

18  the Honorable John F. Walter, Courtroom 7A, United States

19  Courthouse.  In addition to the filing deadlines required by

20  the Court in the Criminal Trial Order and modified by the

21  Court's Orders of **September 22, 2025 and December 18, 2025,**

22  the Court Orders the following:[1]

23       1.   The Government shall prepare (but not file) a Pre-

24  Trial Exhibit List which shall contain a numbered list of all

25  _____

26       [1] The Pre-Trial Exhibit List, Joint Pre-Trial Exhibit
    Stipulation, and Pre-Trial Witness List described herein are
27  in addition to, and do not replace, counsel's obligations to
    comply with the Court's Criminal Trial Order and the Local
28  Rules regarding exhibit and witness lists.

1  of the exhibits the Government intends to offer during trial.

2  For each exhibit listed, the Government shall identify the

3  exhibit by providing the following information: title, date,

4  number of pages, and author (if identified in the document)

5  (collectively the "description" of the exhibit).  The

6  Government shall also identify each witness it anticipates

7  will testify about and/or lay the foundation for the exhibit.

8  The Government shall provide a copy of the foregoing Pre-

9  Trial Exhibit List to the Defendants no later than **May 4,**

10 **2026.**  Within seven (7) calendar days of receipt of the

11 Government's Pre-Trial Exhibit List, counsel for each

12 Defendant shall meet and confer with the Government, in

13 person, to prepare a Joint Pre-Trial Exhibit Stipulation.

14 The Joint Pre-Trial Exhibit Stipulation shall set forth

15 Defendant's objections to the Government's exhibits, if any,

16 the basis for each objection and the Government's response to

17 the objection.  All exhibits to which there is no objection

18 shall be deemed admitted into evidence if offered by a party.

19 The parties shall stipulate to the authenticity of exhibits

20 whenever possible, and the Pre-Trial Exhibit Stipulation

21 shall identify any exhibits for which authenticity has not

22 been stipulated to and the specific reasons for that

23 Defendant's failure to stipulate.

24        The Joint Pre-Trial Exhibit Stipulation filed by the

25 Government and Defendants shall be substantially in the

26 following form:

27 / / /

28 / / /

2

1          Joint Pre-Trial Exhibit Stipulation

2    Government's Exhibits

3    Number  Description  Witness  If Objection, State Grounds  Response to Objection

4         The Joint Pre-Trial Exhibit Stipulations shall be filed

5    no later than **May 18, 2026.**  Failure by a Defendant to meet

6    and confer and/or advise the Government of defendant's

7    objections will constitute a waiver of those objections

8    unless that Defendant is able to demonstrate good cause for

9    his or her failure to comply with this Order.

10        2.   The Government shall prepare a Pre-Trial Witness

11   List identifying the witnesses it intends to call during

12   trial in the order that the witnesses will be called,

13   including a brief summary of each witness's expected

14   testimony and an estimate of the length of time needed for

15   direct examination.  The Government shall file its Pre-Trial

16   Witness List on or before **May 18, 2026.**  Each Defendant shall

17   file, no later than **May 21, 2026,** a response to the

18   Government's Pre-Trial Witness List identifying the

19   approximate length of time counsel anticipate they will need

20   for cross-examination of the Government's witnesses.

21        IT IS SO ORDERED.

22

23   Dated: February 17, 2026

24                                  _____
                                        JOHN F. WALTER
25                                  UNITED STATES DISTRICT JUDGE

26

27

28

                                 3