# **Exhibit A**

Victim: P████ R█████
USAO Number: ██████████
Court Docket Number: 25-CR-00731


My name is Sgt P████ R█████ and I am currently employed by the California Highway Patrol in the Riverside Area. In June 2025, I was deployed to Los Angeles to assist as a member of the Special Response Team (SRT). My response was due to civil unrest in the city. Thousands of protestors made their way illegally onto the 101 freeway and I was part of a group of law enforcement involved in moving the crowd off the freeway. Once off the freeway, law enforcement found themselves at a position of disadvantage on the 101 freeway, which was below surrounding streets that were elevated above the freeway and occupied by thousands of violent protestors. Throughout the evening, the violence escalated and law enforcement below were being attacked by rocks, bottles, commercial fireworks, Molotov cocktails, and various other projectiles. I was involved in a mission to try and rescue and secure several vulnerable vehicles and law enforcement personnel to get them to a safer location. While traveling on the 101 freeway, bounding in a black and white patrol vehicle, from overcrossing to overcrossing, a large piece of concrete struck my windshield directly in front of my face. At the time, I believed my car had been struck by a random object that happened to strike the patrol car. Glass shattered all over my face and body and thankfully did not continue through the windshield. I eventually was able to move personnel and some vehicles to a safer location. I later saw footage of my incident and learned through the video that my vehicle was targeted by a suspect that noticeably targeted my car with intent to seriously injure or kill the occupants of the vehicle. This instantly changed my thought of the situation. I could had died. I could have been killed. This was an intentional and targeted attempt to kill the law enforcement personnel in that vehicle; my vehicle, and me specifically. This reality had a mental impact on me for several days. I have been in law enforcement for over 26 years, and this was one of the most violent experiences I have been involved in. Throughout the evening after this incident, while still dealing with violent protestors, I pulled countless shards of glass from my skull and face. Several were deep enough to draw blood. Upon arriving at home that night after midnight, I woke up my son (14), and had him use tweezers to pull large shards of glass out of by back and areas of my body I could not reach, while explaining to him what had happened. The mental toll it took on my son was tough to watch as well. I spent the next two weeks responding to Los Angeles every day to keep the peace and restore order to the city. In 26 years of law enforcement experience, this deployment exposed me to more pure hatred, blind aggression, and indiscriminate disrespect towards law enforcement than I had previously experienced. The acts I witnessed and was victim to were targeted, cowardly, and full of hatred and malice. The effects of such actions have taken a toll on me personally, both mentally and physically. They have also negatively affected countless other law enforcement professionals, as well as other members of society across the country in ways that cannot really be measured. It is my opinion the cowards that made the decision to commit these violent acts against the city of Los Angeles and the law enforcement there to protect the city should receive the harshest punishments allowed by the law for the crimes they chose to commit. Actions have consequences and they should face the consequences for the actions they chose while they thought they were safe, cowardly hiding in the crowds they were inciting into violence. Thank you for your time and dedication to upholding the laws of this great country. God Bless.    Sgt P██ R████